Willard Lee MARTIN, Jr.,
Petitioner–Appellant,

v.

Theodis BECK, Secretary of the North
Carolina Department of Corrections,
Respondent–Appellee.

No. 02–7514.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 6, 2003.

J. Phillip Griffin, North Carolina Prisoner Legal Services, Inc., Raleigh, North Carolina, for Appellant. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Willard Lee Martin seeks to appeal the magistrate judge's order denying relief on his motion filed under 28 U.S.C. § 2254 (2000).* We have reviewed the record and conclude for the reasons stated by the magistrate judge that Martin has not made a substantial showing of the denial of a constitutional right. *See Martin v. Beck*, No. CA–02–189–1 (M.D.N.C., filed Aug. 30, 2002; entered Sept. 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We deny leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.